UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT ALANIZ BARRIENTES,<br><br>Defendant. | NO.   CR25-066 KKE<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT 1
### (Unlawful Possession of a Firearm)

On or about March 2, 2025, in Yakima County, within the Eastern District of Washington, and elsewhere, ALBERT ALANIZ BARRIENTES, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

*Conspiracy to Distribute Methamphetamine* and *Possession of Firearms in Furtherance of a Drug Trafficking Crime*, in the United States District Court for the Western District of Washington, in case number CR06-440 JCC, on or about November 16, 2007;

Information - 1
*United States v. Barrientes*
USAO# 2025R00320

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: an American Tactical 1911 semiautomatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ALBERT ALANIZ BARRIENTES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to, one American Tactical 1911 semiautomatic pistol and any associated ammunition, seized on or about March 5, 2025, from a vehicle associated with Defendant.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

1.  cannot be located upon the exercise of due diligence;
2.  has been transferred or sold to, or deposited with a third party;
3.  has been placed beyond the jurisdiction of the Court;
4.  has been substantially diminished in value; or,
5.  has been commingled with other property which cannot be divided without difficulty;

//

//

Information - 2
*United States v. Barrientes*
USAO# 2025R00320

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 22nd day of ~~May~~ April, 2025.

s/ Sarah G. Vogel, for

TEAL LUTHY MILLER
Acting United States Attorney

TODD GREENBERG
Assistant United States Attorney

Information - 3
*United States v. Barrientes*
USAO# 2025R00320

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970